IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEF LEE JOHNSON, | ) | No. C 15-02955 EJD (PR) |
| Plaintiff. | ) ) | ORDER OF DISMISSAL |
| | ) ) ) ) ) ) ) | |

On June 25, 2015, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983.[1]  On the same day, the Clerk sent Plaintiff a notice that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed.  (Docket Nos. 2 & 3.) The deadline has passed and Plaintiff has not filed the required documents.  Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

DATED: _____8/24/2015_____

_____
EDWARD J. DAVILA
United States District Judge

_____

[1]This matter was reassigned to this Court on August 18, 2015, after Plaintiff failed to consent to proceed before a magistrate judge.  (Docket No. 6.)

Order of Dismissal
02955Johnson_dism-ifp&compl.wpd                    1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEF LEE JOHNSON,                                    No. C 15-02955 EJD (PR)

        Plaintiff.

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____8/24/2015_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Josef Lee Johnson**
AI0496
RJ Donovan Correctional Facility
C-15-1224
480 Alta Road
San Diego, CA 92179

DATED: _____8/24/2015_____
                      Richard W. Wieking, Clerk
                      /s/ Elizabeth Garcia, Deputy Clerk